DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
Email: Darrell.Dennis@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile : 702.893.3789
*Attorneys for Defendant*
*Steadfast Insurance Company,*
*erroneously sued as Steadfast*
*Insurance Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HOLLAND,<br><br>           Plaintiff,<br><br>     vs.<br><br>STEADFAST INSURANCE<br>CORPORATION, a Foreign Corporation;<br>DOES 1 through 10; ROE Entities 11<br>through 20, inclusive jointly and severally,<br><br>           Defendants. | CASE NO. 2:18-cv-00623<br><br>PETITION FOR REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441 (DIVERSITY) |

Pursuant to 28 U.S.C.§ 1441 (b), Defendant, Steadfast Insurance Company ("Steadfast") erroneously sued as Steadfast Insurance Corporation, by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, files this Petition for Removal of Clark County District Court Case No. A-18-770297-C styled *James Holland vs. Steadfast Insurance Corporation*, and states as follows:

1.     On February 28, 2018, an action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada, entitled *James Holland vs. Steadfast Insurance Corporation*, Case No. A-18-770297-C ("State Court Action").  Copies of the Complaint, Summons, and Proof of Service are attached hereto and marked respectively

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    as *Exhibits A*, *B*, and *C*, constituting all of the papers and pleadings served on Defendant

2    Steadfast.

3         2.      Service of the Summons and Complaint upon Defendant Steadfast was

4    made by the Division of Insurance on March 14, 2018.

5         3.      This action is a civil action of which this Court has original jurisdiction under

6    28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant

7    Steadfast pursuant to the provisions of 28 U.S.C. § 1441 (b) in that it is a civil action

8    between citizens of different states and the matter in controversy exceeds the sum of

9    $75,000.00, exclusive of interest and costs.

10        4.      Venue is appropriate in the unofficial Southern District of the Court pursuant

11    to 28 U.S.C. §§ 1393 (b)(2) and (c), 1441 (a); and LR IA6-1.

12        5.      In the State Court Action, the matter in controversy exceeds the sum of

13    $75,000.00, exclusive of interest and costs.  The Complaint in this action contains

14    allegations that Steadfast failed to meet its contractual obligations to Plaintiff arising from

15    an insurance contract and that such actions constitute bad faith and violations of Nevada

16    Unfair Claims Practices Act as it relates to Plaintiff's underinsured motorist insurance

17    coverage.  Upon information and belief, Plaintiff alleges bodily injury as a result of the

18    subject accident and alleges his claim warrants full payment of his $1,500,000.00

19    underinsured policy limits.  Plaintiff's Complaint seeks extra-contractual damages related

20    to alleged violations by Steadfast of Nevada's Unfair Claims Practices Act and acts by

21    Steadfast which allegedly constitute bad faith.  Plaintiff prays for general and special

22    damages, punitive damages, and attorney's fees and costs, and punitive damages.  As

23    such, it is apparent from the type of damages alleged in the Complaint that the amount in

24    controversy exceeds the jurisdictional requirement of this Court.

25        6.      Defendant Steadfast is informed and believes that Plaintiff was, at the time

26    of filing of the State Court Action, and still is, a resident of Clark County, State of Nevada.

27    Steadfast is a corporation organized and existing under the laws of the State of Delaware,

28    with its principal places of business in Dover, Delaware.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-1947-9392.1         2

7.     Based on the foregoing, Defendant Steadfast respectfully submits that (a) there is diversity of citizenship between Plaintiff and Defendant Steadfast and (b) the amount in controversy exceeds $75,000.00.  This action is, therefore properly removed to the United States District Court for the District of Nevada.

DATED this 9th day of April, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 006618
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
*Attorneys for Defendant Steadfast Insurance Company, erroneously sued as Steadfast Insurance Corporation*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4825-1947-9392.1                                           3

1                                  <u>LIST OF EXHIBITS</u>

2    Exhibit        "A"      Complaint

3    Exhibit        "B"      Summons

4    Exhibit        "C"      Proof of Service

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1                                    <u>CERTIFICATE OF SERVICE</u>

2         Pursuant to F.R.C.P. 5(b), I certify that I am an employee of LEWIS BRISBOIS

3 BISGAARD & SMITH LLP, and that on this <u>10th</u> day of April, 2018, I did cause a true and

4 correct copy of PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

5 (DIVERSITY) in <u>James Holland v. Steadfast Insurance Corporation</u>, United States District

6 Court Case No. 2:18-cv-00623, to be served via electronic service by the U.S. District

7 Court CM/ECF system to the parties on the Electronic Filing System.

8 Samantha A. Martin, Esq.                     <u>Samantha.Martin@richardharrislaw.com</u>
   RICHARD HARRIS LAW FIRM

9 801 S. Fourth Street
   Las Vegas, Nevada 89101

10 Telephone: 702-444-4444
    Facsimile: 702-444-4455

11 *Attorney for Plaintiff*

12

13

14 By                                 
          Tiffany Dube, an Employee of

15           LEWIS BRISBOIS BISGAARD & SMITH LLP
          Email: Tiffany.Dube@lewisbrisbois.com

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW