SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 S. Fourth Street
Las Vegas, Nevada 89101
Phone (702) 444-4444
Fax    (702) 444-4455
Email: Samantha.Martin@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JAMES HOLLAND, ) | Case No.: 2:18-cv-00623 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| STEADFAST INSURANCE ) | |
| CORPORATION, a Foreign Corporation; ) | |
| DOES 1 through 10; ROE ENTITIES 11 ) | |
| through 20, inclusive jointly and severally, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER REGARDING OPPOSITION DATE

COME NOW Plaintiff JAMES HOLLAND, by and through his attorney of record, SAMANTHA A. MARTIN, ESQ., of the RICHARD HARRIS LAW FIRM, and STEADFAST INSURANCE CORPORATION, by and through its attorney of record, DANIELLE MILLER, ESQ., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, herby stipulate and agree that

/ / /

/ / / /

Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due on May 7, 2018.

| | |
|---|---|
| Date: April 30, 2018<br>RICHARD HARRIS LAW FIRM | Date: April 30, 2018<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| *Samantha A. Martin*<br>SAMANTHA A. MARTIN, ESQ.<br>Nevada Bar No. 12998<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | *Danielle C. Miller*<br>Danielle C. Miller, Esq.<br>Nevada Bar No. 9127<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* |

## ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that pursuant to the stipulation of counsel, it is hereby ORDERED Plaintiff's Opposition to Defendant's Motion to Dismiss shall be due on May 7, 2018.

DATED May 1, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
**RICHARD HARRIS LAW FIRM**

*Samantha A. Martin*
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*